# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NUMBER: 8:06-cr-493-T-23JSS
USM NUMBER: 50775-018

DANIEL ASDRUBAL SEGURA-RODRIGUEZ

Defendant's Attorney: Scott Kalisch, Ret.

Date Original Judgment Signed: 03/25/2010

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Based on a guideline sentencing range lowered retroactively by the United States Sentencing Commission under 28 U.S.C. § 994(u), the defendant moves *pro se* (Doc. 145) under 18 U.S.C. § 3582(c)(2) and Amendment 782 to the United States Sentencing Guidelines for a reduction in the term of imprisonment imposed.

The Federal Defender was appointed to represent the defendant. A February 18, 2015 order approves the substitution of Scott Kalisch as counsel for the defendant. On January 13, 2018, retained counsel moved (Doc. 196) to withdraw the defendant's motion for a sentence reduction under Amendment 782 because the defendant is responsible for "well in excess of 450 kilograms needed to change the guideline level under which the defendant was sentenced." The defendant is responsible for 17,777 kilograms of cocaine.

The motion to withdraw (Doc. 196) is **DENIED**. Consistent with the policy statement at USSG § 1B1.10, and the sentencing factors at 18 U.S.C. § 3553(a), the defendant's motion for a sentence reduction (Doc. 145) is:

☒ **DENIED**.

☐ **GRANTED**.

The judgment signed March 25, 2010, remains unchanged.

**ORDERED** in Tampa, Florida:

Order Date: January 17th, 2018

*Judge's Signature*

Effective Date: _____
*(if different from order date)*

STEVEN D. MERRYDAY, U.S. DISTRICT JUDGE
*Printed name and Title*